IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HARVEY R. WYANT, III,**<br>      **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **ANDREW SAUL,**<br>**Commissioner of Social Security**<br>**Administration,**<br>      **Defendant.** | **NO.  19-5183** |

**O R D E R**

**AND NOW**, this 2nd day of September, 2020, upon consideration of Plaintiff's Brief and Statement of Issues in Support of His Request for Review (Document No. 12, filed March 27, 2020),[1] Defendant's Response to Request for Review of Plaintiff (Document No. 13, filed April 21, 2020), and Plaintiff's Reply to Defendant's Response to Request for Review of Plaintiff (Document No. 15, filed April 27, 2020), and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski dated May 12, 2020 (Document No. 16), Plaintiff's Objections to the Magistrate Judge's Report and Recommendation (Document No. 17, filed May 18, 2020), Defendant's Response to Plaintiff's Objections to the Report and Recommendation of Magistrate Judge Sitarski (Document No. 19, filed May 27, 2020), and the record in this case, for the reasons stated in the accompanying Memorandum dated September 2, 2020, **IT IS ORDERED** as follows:

   1. The Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski dated May 12, 2020, is **APPROVED** and **ADOPTED**;

---

[1] Plaintiff filed a Brief and Statement of Issues in Support of Request for Review but did not file an actual Motion or Request for Review.  The Court construes the Brief as a Request for Review.

2

2. Plaintiff's Objections to the Magistrate Judge's Report and Recommendation are **OVERRULED**; and

3. Plaintiff's Request for Review is **DENIED**.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**